**Douglas SINOPOLI, Appellant,**

v.

**AMERICAN ARBITRATION ASSOCIA-TION; Communication Workers of America; Bell Atlantic–NJ, Inc.**

No. 01–1268.

United States Court of Appeals,
Third Circuit.

Submitted Under Third Circuit LAR
34.1(a) March 4, 2002.

Opinion Filed March 25, 2002.

Before ALITO, RENDELL, and HALL, Circuit Judges.

## OPINION OF THE COURT

## PER CURIAM.

The facts and procedural background of this case are familiar to the parties. We cannot accept Appellant's argument that he did not receive a proper opportunity to make a complete record in this case. We reject his contention that the Communications Workers of America breached its duty of fair representation to him regarding the security report. The District Court did not err when it upheld the arbitrator's ruling, after in camera review, that Bell Atlantic NJ, Inc. need not disclose its security report to Douglas Sinopoli.

We agree with the District Court that the matters at issue in Sinopoli's complaint do not relate to any violation of the Family and Medical Leave Act ("FMLA"). An FMLA violation occurs when a person exercises a right protected under the Act, and, as a result, the employer discharges or otherwise discriminates against that person. See 29 U.S.C. § 2615(a) (2000).

We hold that the District Court properly dismissed Sinopoli's complaint for failure to state a claim upon which relief may be granted, pursuant to Fed.R.Civ.P. 12(b)(6). We have considered all of Appellant's arguments and find no ground to reverse. The Order of the District Court on August 14, 2000 is therefore AFFIRMED.